# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 70224

**FILED**

JUN 16 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus or a writ of prohibition. Petitioner asks this court to order the clerk of the district court to file his motion to correct an illegal sentence. Having considered the documents submitted in this matter, we conclude that petitioner has not demonstrated that our intervention by extraordinary writ relief is warranted.[1] *See Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that

---

[1]Petitioner acknowledges that he has been declared a vexatious litigant by the district court and is thus restricted in his filing privileges, yet he fails to provide this court with the vexatious litigant order. Furthermore, he fails to provide any documents showing that the clerk of the district court refused to file his motion to correct an illegal sentence.

16-18940

extraordinary relief is warranted."); NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Gibbons

cc:  Steven Samuel Braunstein
     Attorney General/Carson City
     Eighth District Court Clerk